MARTHA FRIEDMAN, Appellant, v. TENBROECK REALTY CO., INC., Respondent. —Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.